# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 18, 2007**

Charles R. Fulbruge III
Clerk

No. 07-30130
Summary Calendar

MARY LOUISE SPENCER BENSON;
SHANTA MAGNOLIA SPENCER; CALVIN LEWIS BENSON;
MARJORIE LAJUANA BENSON; CARDELL BENSON, JR.;
CARL LEE THOMAS,

                              Plaintiffs-Appellants,

v.

DETENTION CENTER UNION PARISH;
COREGIS INSURANCE COMPANY,

                              Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Louisiana
No. 3:06-CV-1519

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.
PER CURIAM:[*]

In their brief on appeal, appellants present no real legal argument expressing or explaining their position as to how, in their view, the district court committed reversible error. This failure adequately to brief any of the stated issues on appeal constitutes waiver of those issues. See FED. R. APP. P. 28(a)(9)(A); United States v. Beaumont, 972 F.2d 553, 563 (5th Cir. 1992) ("Failure of an appellant to properly argue or present issues in an appellate brief renders those issues abandoned."). Accordingly, the appeal is DISMISSED for want of prosecution.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.